UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY ROGERS,<br><br>            Plaintiff,<br><br>     v.<br><br>MRC GLOBAL (US), INC.,<br><br>            Defendant. | Case No. 1:22-cv-01533-JLT-CDB<br><br>ORDER ON STIPULATION TO CONTINUE THE MID-DISCOVERY STATUS CONFERENCE<br><br>(Doc. 15) |

Pending before the Court is the parties' stipulation to continue the mid-discovery status conference. (Doc. 15). In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the mid-discovery status conference be continued from September 25, 2023, to November 9, 2023. The parties shall appear at the conference remotely via Zoom video conference, and counsel may obtain the Zoom ID and password from the Courtroom Deputy prior to the conference. A joint scheduling conference statement shall be filed in compliance with the procedures set forth in the Order Setting Mandatory Scheduling Conference (Doc. 2).

IT IS SO ORDERED.

Dated:   **September 14, 2023**                    _____

UNITED STATES MAGISTRATE JUDGE